UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____

KATHERINE NOVOTNY, et al.,

                       Plaintiffs,

    v.

WESTLEY MOORE, et al.,

                    Defendants.

_____

**MOTION FOR PRELIMINARY INJUNCTION**

Case No.:  1:23-cv-01295

Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition, Inc., respectfully move this Court, for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining Defendants' from enforcing unconstitutional provisions of Maryland state law, both those recently enacted in Senate Bill 1 ("SB 1"), as well as existing prohibitions, which violate Plaintiffs' constitutional right to keep and bear arms "outside the home." *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111, 2122 (2022).

Plaintiffs respectfully request a preliminary injunction restraining Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the injunction, from enforcing MD. CODE, CRIM. LAW § 6-411(d) (anti-carry default), MD. CODE, CRIM. LAW § 4-111 with respect to locations licensed to sell or dispense alcohol for on–site consumption, museums, and health care facilities, MD Code, Transportation, § 7-705(b)(6) (mass transit), COMAR 08.07.06.04 (State parks), COMAR 08.07.01.04 (State forests), and COMAR 08.01.07.14 (Chesapeake Forest Lands), and Defendants' regulations, policies, and practices implementing them, as to persons who have a valid wear and carry permit

issued by the Maryland State Police; and for such other and further relief as the Court deems appropriate.

Respectfully submitted, this 24th day of May 2023.

Dated: May 24, 2023

/s/ Mark W. Pennak
Mark W. Pennak (Bar ID# 21033)
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd
Ste C #1015
Baltimore, MD 21234-21502
Tel: (301) 873-3671
mpennak@marylandshallissue.org

*Attorney for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

Matthew Larosiere*
THE LAW OFFICE OF MATTHEW LAROSIERE
6964 Houlton Circle
Lake Worth, FL 33467
Tel: (561) 452-7575
larosieremm@gmail.com
*Admitted *pro hac vice*

*Attorney for Plaintiff Maryland Shall Issue, Inc.*

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*