# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

KATHERINE NOVOTNY., et al.,

        Plaintiffs,

v.

WESTLEY MOORE, et al.,

        Defendants.

Case No.: 1:23-cv-01295

---

## DECLARATION

1. COMES NOW, the declarant, DANIEL CARLIN-WEBER, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

3. I am the Chairman of the Board of Directors of MARYLAND SHALL ISSUE, INC., a named plaintiff in the above captioned matter. I execute this declaration on behalf of MARYLAND SHALL ISSUE, INC.

4. Plaintiff MARYLAND SHALL ISSUE, INC. ("MSI"), is a Maryland corporation, located at 9613 Harford Rd., Ste C #1015, Baltimore, MD 21234. MSI is an Internal Revenue Service Section 501(c)(4), non-profit, non-partisan, all-volunteer membership organization with approximately 3662 members statewide. MSI is dedicated to the preservation and advancement of gun owners' rights in Maryland. It seeks to educate the community about the right of self-protection, the safe handling of firearms, and the responsibility that goes with carrying a firearm

in public. The purposes of MSI include promoting the exercise of the right to keep and bear arms and education, research, and legal action associated with the constitutional right to privately own, possess and carry firearms. Each of the named individual plaintiffs in this suit is a member of MSI.

5. On May 16, 2023, the Defendant, Governor Wes Moore, signed Senate Bill 1 ("SB 1") into law. SB 1 goes into effect on October 1, 2023. SB 1 implements expansive new restrictions on where ordinary, law-abiding citizens, including MSI's members who have a wear and carry permit issued by the Maryland State Police, may exercise their Second Amendment right to carry a firearm. Among the new restrictions are bans on carrying firearms by permit holders in privately owned buildings open to the public, locations licensed to sell or dispense alcohol for on-site consumption, private museums, and health care facilities.

6. Maryland additionally bans wear and carry permit holders from carrying their personal firearm for self-defense in State Parks, State Forests, and State Chesapeake Forest Lands. *See* COMAR 08.07.01.04, 08.07.01.14, 08.07.06.04.

7. Maryland also bans wear and carry permit holders from carrying their personal firearm for self-defense on mass transit in Maryland. *See* MD Code, Transportation, § 7-705(b)(6).

8. MSI has one or more members who live in Maryland and who travel throughout Maryland in the ordinary course of their lives, and who also possess a Maryland wear and carry permit issued by the Maryland State Police. MSI has at least one member who is a permit holder and regularly carries firearms in and at each of the locations challenged in the Complaint filed in this case, including at a rehabilitation facility, as defined at MD Code, Insurance, § 15-10B-01(g)(4), and at a surgical center, as defined at MD Code, Insurance, § 15-10B-01(g)(3). These

members of MSI with carry permits intend to continue to possess and carry firearms at such locations, but reasonably fear prosecution if they do so after October 1, 2023.

9. MSI has one or more members with carry permits who regularly visit State parks and State forests, including State Chesapeake Forest Lands, and would carry a firearm at these locations but for the regulatory bans imposed by the Department of Natural Resources.

10. MSI has at least one member with a carry permit who regularly uses public transportation facilities operated or controlled by the Department of Transportation, Mass Transit Administration and would possess, wear, carry or transport a firearm while doing so but for the ban imposed by MD Code, Transportation, § 7-705(b)(6).

11. MSI brings this action on behalf of its members who have Maryland wear and carry permits, a class which includes each of the individual named plaintiffs in this case.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May, 2023.

Daniel Carlin-Weber
Chairman of the Board
Maryland Shall Issue, Inc.