UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
_____

KATHERINE NOVOTNY, et al.,

                Plaintiffs,

    v.

WESTLEY MOORE, et al.,

                Defendants.

_____

Case No.:  1:23-cv-01295

### [[PROPOSED ORDER]]

1.    Having reviewed Plaintiffs' Motion for a Preliminary Injunction, accompanying memorandum of law and exhibits, the response of Defendants in Opposition thereto, and Plaintiffs' Reply, IT IS HEREBY ORDERED, that:

2.    Plaintiffs' Motion for a Preliminary Injunction is GRANTED, and that Defendants are hereby preliminarily enjoined from enforcing MD. CODE, CRIM. LAW § 6-411(d) (anti-carry default), MD. CODE, CRIM. LAW § 4-111 with respect to locations licensed to sell or dispense alcohol for on–site consumption, museums, and health care facilities, MD Code, Transportation, § 7-705(b)(6) (mass transit), COMAR 08.07.06.04 (State parks), COMAR 08.07.01.04 (State forests), and COMAR 08.01.07.14 (Chesapeake Forest Lands), and any regulations, policies, and practices implementing the enjoined provisions, as to persons who have a valid wear and carry permit issued by the Maryland State Police, and IT IS HEREBY FURTHER ORDERED, that:

3.    No bond shall be required in this matter and Plaintiffs shall not be required to post a bond in any amount.

So ordered this _____ day of _____, 2023

                                                                                           _____
HON. RICHARD D. BENNETT  
United States District Judge  
District of Maryland