## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KATHERINE NOVOTNY, ET AL.,  *

   *Plaintiffs*,    *

    v.      *  No. 1:23-cv-01295-GLR

WESLEY MOORE, ET AL.,   *

    *Defendants*.  *

 *  *  *  *  *  *  *  *  *  *  *  *

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to Respond to the Complaint (the "Motion"), it is this 30th day of May, 2023, hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for defendants to respond to the complaint is extended to June 28, 2023.

         /s
        _____
        George L. Russell, III
        United States District Judge