IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHERINE NOVOTNY, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01295-RDB |
| WESLEY MOORE, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of defendants' Motion for Extension of Time to Respond to Motion for Preliminary Injunction (the "Motion"), and the reponse thereto, if any, it is this 30th day of May, 2023, hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for defendants to respond to plainitffs' motion for prelininary injunction is extended to June 28, 2023.

/s
_____
George L. Russell, III
United States District Judge