## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SUSANNAH WARNER KIPKE, *et al.,*
*Plaintiffs,*
v.                                                    No. 1:23-cv-01293-GLR
WES MOORE, *et al.,*
*Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHERINE NOVOTNY, *et al.,*
*Plaintiffs,*
v.                                                    No. 1:23-cv-01235-GLR
WESTLEY MOORE, *et al.,*
*Defendants.*

### ORDER

UPON CONSIDERATION of the Motion to Consolidate filed by defendants in the above-captioned matters, and the opposition thereto filed by the plaintiffs in *Novotny v. Moore*, No. 1:23-cv-012935-GLR, it is this _____ day of _____, 2023, ORDERED that the defendants' Motion to Consolidate is DENIED.


_____

George L. Russell, III

United States District Judge