IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, *Plaintiffs,* v. WES MOORE, *et al.*, *Defendants.* | No. 1:23-cv-01293-GLR |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

| | |
|---|---|
| KATHERINE NOVOTNY, *et al.*, *Plaintiffs,* v. WESTLEY MOORE, *et al.*, *Defendants.* | No. 1:23-cv-01295-GLR |

**ORDER**

UPON CONSIDERATION of the Motion to Consolidate filed by defendants in the above-captioned matters, and the opposition thereto filed by the plaintiffs in *Novotny v. Moore*, No. 1:23-cv-012935-GLR, it is this ____ day of _____, 2023, ORDERED that the defendants' Motion to Consolidate is DENIED.

_____
George L. Russell, III
United States District Judge