### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHERINE NOVOTNY, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *  No. 1:23-cv-01295-GLR |
| WESTLEY MOORE, *et al.*, | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANTS' MOTION TO DISMISS

Defendants, Governor Westley Moore, Roland L. Butler, Jr., Alison Healey, Scott D. Shellenberger, Ivan J. Bates, Paul J. Wiedefeld, and Joshua Kurtz, all sued in their official capacities, by counsel and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, hereby move to dismiss the complaint filed against them by plaintiffs. The grounds for instant motion are set forth in defendants' Consolidated Memorandum of Law in Support of Motion to Dimsiss and Opposition to Plaintiffs' Motion for Preliminary Injunction filed herewith and incorporated by reference herein.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the complaint be dismissed with prejudice and that the Court grant such other and furher relief as may be appropriate.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland


/s/ Robert A. Scott

_____

ROBERT A. SCOTT
Federal Bar No. 24613
RYAN R. DIETRICH
Federal Bar No. 27945
JAMES N. LEWIS
Federal Bar No. 30220
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

June 28, 2023                                   Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

    I certify that, on this 28th day of June, 2023 the foregoing was served, along with an accompanying memorandum of law and proposed order, by CM/ECF on all registered CM/ECF users.

/s/ Robert A. Scott
_____
Robert A. Scott