IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHERINE NOVOTNY, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01295-GLR |
| WESTLEY MOORE, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF DARYL ANTHONY

Daryl Anthony deposes and states as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am employed by the Maryland Department of Natural Resources (the "DNR") as the Acting Deputy Director of the Maryland Park Service. I have worked for DNR for more than 30 years and am personally familiar with the programs, facilities and features of Maryland State parks and forests.

3. The mission of the DNR is to secure a sustainable future for our environment, society, and economy by preserving, protecting, restoring, and enhancing the State's natural resources at State forests and State parks.

4. Maryland State parks include many features that are of interest to children, including playgrounds, camping areas, hiking trails, aquatic facilities, and nature centers.

5.     In addition, Maryland State parks offer programs geared toward school-age children, including arts and crafts programs, guided hikes, junior ranger programs, educational programs and nature presentations such as "Scales and Tails."

6.     The DNR encourages children and families to visit the State forests and State parks, through advertising and other marketing methods. For example, the DNR advertises its parks through its website, bulletin boards, social media and outreach partners.

7.     In 2022, DNR recorded more than 17 million visits to State parks.

I hereby declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

_____          06/28/2023
Daryl Anthony                                              Date