# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KATHERINE NOVOTNY, ET AL., | * |
| *Plaintiffs*, | * |
| v. | *   No. 1:23-cv-01295-GLR |
| WESLEY MOORE, ET AL., | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF ANITA KASSOF**

Anita Kassof deposes and states as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am employed as the executive director of the Baltimore Museum of Industry.

3. The Baltimore Museum of Industry includes exhibitions and programs that interpret the diverse and significant human stories behind labor and innovation in Baltimore, cultivating a sense of belonging and inspiring visitors to think about the intersection of work and society.

4. Many of the exhibits and programs at the Baltimore Museum of Industry are designed to be of interest to children. For example, the museum includes several interactive displays and a series of "touch boxes," containing materials designed specifically for preschoolers and early elementary aged children. In addition, the museum

has several classrooms designed for hands-on engagement, and museum staff regularly demonstrate working machinery and printing equipment for school groups and other visitors.

5. The Baltimore Museum of Industry encourages children to visit the museum through advertising and other marketing methods. For example, the museum uses social media, radio, and digital advertising to let parents know about special programming during school breaks, and has partnerships with groups that serve local families.

6. The Baltimore Museum of Industry hosts approximately 45,000 visitors per year. Approximately 19,400 of these visitors are children.

7. The Baltimore Museum of Industry regularly hosts groups of school children from Maryland schools. During these visits, as many as 230 school children may be inside the museum simultaneously.

I hereby declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

*[signature]*                                                              June 15, 2023

Anita Kassof                                                               Date

2