# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHERINE NOVOTNY, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01295-GLR |
| WESLEY MOORE, ET AL., | * | |
| *Defendants*. | * | |

\* * * * * * * * * * * *

## DECLARATION OF MARK J. POTTER

Mark J. Potter deposes and states as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am employed as the president and chief executive officer of the Maryland Science Center museum in Baltimore, Maryland (the "Science Museum").

3. The mission of the Science Museum is educational. Many of the exhibits and programs at the Science Museum are of interest to children. The museum features interactive exhibits for children, a planetarium for astronomy gurus, and giant dinosaur replicas for budding paleontologists.

4. The Science Museum encourages children to visit the museum through advertising and other marketing methods. For example, the Science Center advertises heavily to teachers and parents promoting student visitations.

5. In a normal year, the Science Museum hosts approximately 300,000 visitors per year. Approximately 67% of these visitors are children.

6. The Science Museum regularly hosts groups of school children from Maryland schools. During these visits, as many as 2,000 school children are inside the museum simultaneously.

I hereby declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

_____          June 8, 2023
Mark J. Potter                                                                      Date