# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KATHERINE NOVOTNY, ET AL.,     *

         *Plaintiffs*,     *

        v.     *

    *    No. 1:23-cv-01295-GLR

WESLEY MOORE, ET AL.,     *

         *Defendants*.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DECLARATION OF CARTER ARNOT POLAKOFF

Carter Arnot Polakoff deposes and states as follows:

1.     I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2.     I am employed as the president and chief executive officer of the Port Discovery Children's Museum in Baltimore, Maryland (the "Port Discovery Museum").

3.     The mission of the Port Discovery Museum is educational. The museum features numerous of hands-on, indoor activities designed for children to engage in imaginative learning and play.

4.     Many of the exhibits and programs at the Port Discovery Museum are specifically designed to be of interest to children. The museum includes an indoor sports court, multiple role-playing exhibits, a giant pretend cargo ship, a water activity room, theater performances, innovative puzzles, interactive art studios and musical exhibits.

5.     The Port Discovery Museum encourages children to visit the museum through advertising and other marketing methods.  The museum also has a large digital footprint which includes digital advertising including but not limited to Google Ads, Facebook/Instagram Ads, Sponsored Content, TikTok, Bing, podcasting, OTT, and YouTube.

6.     The Port Discovery Museum hosts approximately 159,000 visitors per year. Approximately 106,000 of these visitors are children.

7.     The Port Discovery Museum regularly hosts groups of school children from Maryland schools.  During these visits, as many as 350-500 school children are inside the museum every day during the school year and summer.  One weekends, holidays, and school breaks, there is an average of 750-1250 in the building at any given time.

I hereby declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Carter Arnot Polakoff

6/9/23
Date