IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHERINE NOVOTNY, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01295-GLR |
| | * | |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Consent Motion for Leave to File Memoranda of Law Exceeding Page Limits (the "Consent Motion") filed by defendants, it is this 29th day of June, 2023, by the United States District Court for the District of Maryland hereby

ORDERED that the Consent Motion is GRANTED; and it is further

ORDERED that defendants shall be permitted to file a memorandum in opposition to plaintiffs' motion for preliminary injunction of up to 60 pages in length; and it is further

ORDERED that plaintiffs shall be permitted to file a reply memorandum of up to 45 pages in length.

/s/
_____
George L. Russell, III
United States District Judge