# EXHIBIT A

# THE
# PUBLIC LAWS

OF THE STATE OF

# SOUTH-CAROLINA,

FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE
DOWN TO THE YEAR 1790, INCLUSIVE,

IN WHICH

IS COMPREHENDED SUCH OF THE STATUTES OF GREAT BRITAIN AS WERE MADE OF FORCE BY
THE ACT OF ASSEMBLY OF 1712,

With an Appendix containing such other Statutes as have been enacted or
declared to be of force in this State, either virtually or expresly,

TO WHICH IS ADDED

THE TITLES OF ALL THE LAWS (WITH THEIR RESPECTIVE DATES) WHICH HAVE BEEN PASSED IN
SOUTH-CAROLINA DOWN TO THE PRESENT TIME,

ALSO

The Constitution of the United States with the amendments thereto,

AND LIKEWISE

THE NEWLY ADOPTED CONSTITUTION OF THE STATE OF SOUTH-CAROLINA,

TOGETHER WITH A COPIOUS INDEX TO THE WHOLE.

---

By the Honorable JOHN FAUCHERAUD GRIMKÉ, Esq. A. B. & L. L. D. and one of the
associate Judges of the Superior Courts in the State of South-Carolina.

*Miserá servitus est, ubi Jus est Vagum aut Incognitum.* 4 *Inst.* 246,332:

---

PHILADELPHIA:
PRINTED BY R. AITKEN & SON, IN MARKET STREET.
M.DCC.XC.

of South-Carolina.                 271

the sum of £2000 proclamation money, to the public-treasurer, in behalf of the public of this Province, for the due and faithful discharge and execution of their said offices: And the said bonds shall remain in his office, and may be sued for, by order of the said court, for satisfaction of the public, and all private persons aggrieved by the misconduct of the said sheriffs. And, in case of the death, removal from this Province, or refusal to act, of any persons so appointed sheriffs, &c.‡

IX. The said sheriffs shall by themselves, or their lawful deputies respectively, attend all the courts hereby appointed, or directed to be held, within their respective districts. ‖ And that the said sheriffs, shall have the like powers and authorities; and they, and their under sheriff, or gaoler, be subject and liable to all actions, suits, fines, forfeitures, penalties, and disabilities whatsoever, which any sheriff, under-sheriff, or gaoler, is liable or subject to, or may incur by the laws and statutes of Great-Britain, for and in respect of the escapes of prisoners, or for, or in respect of any other matter or thing whatsoever, relating to, or concerning their several and respective offices.

X. *The first part of this clause is obsolete.* No sheriff, under sheriff, sheriff's clerk, or other sheriff's officer, shall be an attorney, or act as such, in his own name, or in the name of any other person, or be allowed to plead or practice in any of the King's courts in this Province, during the time that he is in any such office.§

XI. ¶ And, for the ease of sheriffs, with regard to the return of process: *Be it enacted by the authority aforesaid,* That the sheriffs of each district or precinct, shall, at the expiration of his office, turn over, to the succeeding sheriff, by indenture and schedule, all such writs and process, as shall remain in his hands unexecuted, who shall duly execute and return the same. And in case any such sheriff, shall refuse or neglect to turn over such process, in manner aforesaid, every such sheriff, so neglecting or refusing, shall be liable to make such satisfaction, by damages and costs, to the party aggrieved, as he, she, or they shall sustain by such neglect or refusal: And the said sheriff shall also deliver up to his successor, the custody of the gaol, and the bodies of such persons who shall be confined therein, and the cause of their detention.

XII. The fees to the judges, and several officers of the said courts, for business done by them respectively, shall be the same as those of the same officers in the courts now holden in Charlestown for the like business, except where the proceedings shall be summary as above-mentioned; and the sheriffs shall have the same fees, for business done therein by them, as the provost-marshal is now entitled to, except in the cases of summary jurisdiction; and also except, that all mileage shall be computed from the court-houses in the several districts.

XIII. *Obsolete.*

XIV. This act shall not extend to any action, which shall be commenced before notice by proclamation, of the Governor or Commander in Chief, that the said court-houses and prisons are built and completed; but all such actions and suits, shall and may be proceeded in, and determined in the same manner, as if this act had never been made. And no person shall be obliged to serve as a juror, out of the district or precinct wherein he shall by this act be liable to serve, after courts have been therein respectively holden.

XV. *No clerk of any of the courts aforesaid, shall act as an attorney or solicitor therein, or in any other court: And no person shall practise in, or solicit in the cause of any other in the said courts, unless he has been or shall be admitted a barrister at law, or an attorney thereof, by the court of common pleas in Charlestown, or an attorney of that court, and an inhabitant of this province.

XVI. The said courts shall be courts of record, and all persons necessarily going to, attending, or returning from the same, shall be free from arrests in any civil action.

XVII. *And be it further enacted by the authority aforesaid,* That as soon as may be, after the ratification of this act, and after the court-houses and goals herein mentioned are built, the judges of the said court of common pleas in Charlestown, shall cause lists of jurors in civil causes, grand and petit juries, to be made for Charlestown, and also for each of the country districts and precincts, from the next antecedent tax list of persons within such respective districts or precincts aforesaid, whose names shall be written on separate pieces of paper: And the said judges, shall cause jury-boxes to be made for the said courts, and for the courts of ge-

A. D. 1769.
No. 1095.
In case of death, &c. how others shall be appointed.

The sheriffs, by themselves, or lawful deputies, shall attend all the courts in their respective districts. And shall have the same powers, and be subject to the like penalties as the sheriffs in Great Britain.

Nor shall any sheriff, or officer under him, be allowed to plead or practise in said courts.

How a sheriff shall deliver up his office to his successor.

Except on summary proceedings, the fees of the judges and other officers, shall be the same as they now are.

All actions commenced before this act shall operate, to be proceeded on and determined, as if it had never been passed. No clerks of said courts allowed to act as attornies or solicitors; nor other persons but such as are herein specified. Said courts declared of record, and persons necessarily attending the same, freed from arrests. Jurors how to be drawn, &c. after the court houses & gaols are built.

‡ See 31 §. of do. All the rest of this clause is altered or obsolete.
‖ See A. A. 29th February, 1788.
§ See A. A. 1789. This clause is copied nearly from 1 H. 5. c. 4.
¶ Copied nearly from 20 G. 2 c. 37.
* See A. A. 1789.