# EXHIBIT B



A

# DIGEST

OF THE

# L A W S

OF THE

# State of Georgia.

FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN
TO THE YEAR 1798, INCLUSIVE

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Constitutions of 1777 and 1789, with the
alterations and amendments in 1794.

ALSO THE

*Constitution of* 1798.

IT CONTAINS

As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory
of existing Laws; together, with the

## TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

WITH AN APPENDIX containing the original Charters and other Documents, ascertaining and defining the
Limits and Boundary of the State; all the Treaties with the southern tribes of Indians; the articles of
Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the whole.

BY
## ROBERT & GEORGE WATKINS.

Philadelphia:
PRINTED BY *R. AITKEN,* Nº. 22, MARKET STREET.

••••••••••••••••••••••

1800.

Thompson and Thomas M'Call, the sole and exclusive right of running a line of stage **A. D. 1796.** carriages between the city of Savannah and town of Augusta, not being carried into **No. 571.** effect on the part of the said William Thompson and Thomas M'Call, the same shall be and is hereby repealed.

THOMAS STEVENS, *Speaker of the House of Representatives.*

BENJAMIN TALIAFERRO, *President of the Senate.*

Concurred, *February* 22, 1796.

JARED IRWIN, GOVERNOR.

---

*An Act for the better regulating and conducting elections in the several*    No. 572.
*counties of this State.*

WHEREAS, the several acts heretofore passed for the ordering and conducting elections, have by experience been found defective and incomplete, and the good citizens of this State will probably sustain injuries and impositions by a continuance of them; to prevent which as much as possible,

I. *Be it enacted by the senate and house of representatives of the State of Georgia in gene-* Elections to be *ral assembly met, and it is hereby enacted under and by virtue of the authority thereof,* held at the court That all elections for members to represent this State in the general assembly thereof, house. and for representatives in congress, sheriffs, clerks of the superior and inferior courts, registers of probates, county surveyors and coroners, shall be held at the court house or place appointed for holding the superior courts in the respective counties.

It shall be the duty of any three or more of the magistrates for each county, not Three or more being candidates, to preside at and make returns of all elections for senators and magistrates to representatives in the general assembly, representatives in congress, and county offi- sheriff to pre- cers; and the sheriff of each county or his deputy, is required to attend at such serve order. elections, for the purpose of enforcing the orders of the presiding magistrates in preserving good order.

That at the general election which shall be held on the first Monday in November, County officers, one thousand seven hundred and ninety-seven, in the several counties of this State when & in what for members of the general assembly, the electors in each county shall elect a sheriff, lected—to hold clerk of the superior and inferior courts, register of probates, county surveyor and their offices for coroner, who shall hold their offices for the term of two years if they shall so long two years. well behave themselves; and at the expiration of the said term of two years, the said electors shall again elect the county officers aforesaid, and in like manner at every second general election. *Provided,* That no person shall be twice elected sheriff of Proviso. any county in any term of four years; in which provision those now in office are comprehended.

That the general election shall be annually on the first Monday in November; and The general e- the time for taking in the votes shall be from nine o'clock in the morning till six o'clock lection to be an- in the afternoon. for taking votes.

When