# EXHIBIT C

faithfully and diligently, discharge the office of clerk to the house of delegates of Maryland, and that he will not reveal or disclose the secrets thereof.

The house appointed Mr. Cornelius Mills sergeant at arms, and Mr. Charles Hogg door-keeper. ORDERED, That they be qualified.

On motion, ORDERED, That Mr. Tilghman and Mr. Mercer wait on his excellency the governor, and inform him that this house is met, and are ready to proceed on public business, and to receive any thing that he may have to lay before them.

On motion, ORDERED, That Mr. Wright, Mr. Quynn, Mr. Seney, Mr. N. Worthington, Mr. Lecompte, Mr. Duvall and Mr. Mercer, be a committee to examine and inspect the returns of elections, and report whether they have been made agreeably to the mode prescribed by the constitution and form of government; and that they have power to send for persons, papers and records.

ORDERED, That Mr. Duvall, Mr. John G. Worthington, Mr. James Tilghman, Mr. Ridgely, of Wm. and Mr. Chapman, be a committee of grievances and courts of justice; and that they have power to send for persons, papers and records.

ORDERED, That Mr. Quynn, Mr. Waggaman and Mr. N. Worthington, be a committee to inquire what laws have expired, or will expire during this session, or at the close thereof.

RESOLVED, That this house will sit, during this session, for the dispatch of public business, from nine o'clock in the morning until three in the afternoon.

RESOLVED, That the following rules be observed during this session.

1. At the hour appointed for sitting the roll of the house shall be called over, and the absent members, if any, sent for.

2. Every member shall take his seat when the speaker takes the chair, and remain uncovered until the house rises.

3. Every member who shall deliver his opinion, or speak in any debate, shall stand up in his place, and with respect and decency address himself to the speaker.

4. No member, at the time of his speaking in debate, shall name any other by his proper name, but shall use some other distinction.

5. If two or more members shall rise to speak at the same time, the speaker shall declare which shall speak first.

6. No member shall speak oftener than twice in any debate, except with leave, nor shall any member be interrupted while he is speaking in order.

7. Any member called to order by the speaker, or any member, must thereupon take his seat.

8. When the house is sitting, no member shall speak to another so as to interrupt any member who may be speaking in debate.

9. No motion shall be debated until the same be seconded, and (if desired by the speaker or any member) reduced to writing, delivered in at the table, and read by the clerk.

10. When a motion is made and seconded, the matter of the motion shall receive a determination by the question, or be postponed by general consent, or the previous question, before any other motion shall be received.

11. Every question shall be entered on the journal, and the yeas and nays may be called for by any member on any question, and the name of the member requiring them shall be entered on the journal.

12. The previous question, that is, Whether the question propounded be now put? may be called for by any member on any question, except to an amendment, or other matter which cannot in its nature be postponed.

13. If a question in debate contains more parts than one, any member may, (of right) have the same divided into as many questions as parts.

14. All questions shall be determined by the majority of the members present, and whenever the speaker (on a division if called for) shall declare any question in the affirmative or negative, such declaration shall decide the majority, unless the yeas and nays be called for, in which case the question shall be determined as the majority shall appear on the journal.

15. Every bill brought in by a member, or received from the senate, shall be read on two several days, with an intermission of one day at least, during which time it shall lie on the table for the perusal of the members, unless on very urgent occasions the house shall, by especial order, dispense with this rule, which order shall be entered on the journal.

16. Conferrees, and members appointed on draughts, if required by a member, shall be elected by ballot, and the number shall in no case exceed seven.

17. No bill or resolve shall have a second reading until every member in the city be called upon to attend, except he be excused by the house for indisposition, or necessary attendance on the public business.

18. No petition, memorial, or other application to the house, shall be received, unless presented by a member.

19. On an election to any office of trust or profit, no ballot shall be counted, unless the person for whom the ballot shall be given be named to the house before the balloting be gone into.

20. All questions of order shall be declared by the speaker.

21. No motion shall be made after the hour of adjournment, without leave of the house.

22. All misdemeanors which shall happen in the house, shall be censured or fined by the house.

23. No member shall answer on the yeas and nays who did not divide on the question, and if any member divides on one side, and on the yeas and nays answers on the other, it shall be so noted on the journal.