IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01293-GLR |
| WES MOORE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Relief from Order (the "Motion"), any response thereto, any argument thereon, and all matters of record, it is this _____ day of _____, 2023, by the United State District Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the orders entered in the *Kipke* Lawsuit (ECF 32) and the *Novotny* Lawsuit (ECF 41) shall be modified to state, in relevant part: "IT IS FURTHER ORDERED that the Motions for Preliminary Injunction are GRANTED as to the claims to enjoin enforcement of Maryland's laws restricting the carrying of firearms in . . . (2) private buildings or property without the owner's consent, to be codified at Md. Code Ann., (2023), Crim. Law § 6-411(d) . . . ."

_____
George L. Russell, III
United States District Judge