IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01293-GLR |
| WES MOORE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Defendants' Consent Motion for Relief from Order (the "Motion"), any response thereto, any argument thereon, and all matters of record, it is this _____ day of _____, 2024, by the United States District Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the orders entered in the *Kipke* Lawsuit (ECF 58) and the *Novotny* Lawsuit (ECF 45) shall be modified to state, in relevant part: "IT IS FURTHER ORDERED that Plaintiffs' Motions for Summary are GRANTED as to the claims reagrding Maryland's laws restricting the carrying of firearms in: (1) locations selling alcohol for on-site consumption, Md. Code Ann., (2023), Crim. Law § 4-111(a)(8)(i); . . . ."

_____
George L. Russell, III
United States District Judge