# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHERINE NOVOTNY, et al., *Plaintiffs*, v. WES MOORE, in his official capacity as Governor of Maryland, et al., *Defendants*. | Case No. 1:23-cv-01295-GLR |

## NOTICE OF APPEAL

Notice is given that Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's August 2, 2024 Order (Doc. 45) granting in part and denying in part Plaintiffs' motion for summary judgment, granting in part and denying in part Defendants' cross-motion for summary judgment, entering judgment for Plaintiffs in part, and entering judgment for Defendants in part; and the Court's August 8, 2024 Order (Doc. 47) granting Defendants' Motion for Relief from Order.

1

Dated: August 23, 2024

/s/ Mark W. Pennak
Mark W. Pennak (Bar ID# 21033)
LAW OFFICES OF MARK W. PENNAK
7416 Ridgewood Ave.
Chevy Chase, MD 20815
Tel: (301) 873-3671
Fax: (301) 718-9315
mpennak@marylandshallissue.org

*Attorney for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

Matthew Larosiere*
THE LAW OFFICE OF MATTHEW LAROSIERE
6964 Houlton Circle
Lake Worth, FL 33467
Tel: (561) 452-7575
larosieremm@gmail.com
*Admitted *pro hac vice*

*Attorney for Plaintiff Maryland Shall Issue, Inc.*

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2024, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ David H. Thompson
David H. Thompson
*Counsel for Plaintiffs*
