IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHERINE NOVOTNY, *et al.*, | * | |
| *Plaintiffs*, | * | No. 1:23-cv-01295-GLR |
| v. | * | |
| WESLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

Defendants, through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's August 2, 2024 order in *Novotny v. Moore*, Civil Action No. GLR-23-1295 (ECF 45 (later modified as ECF 47)) granting plaintiffs' motions for summary judgment as to the claims regarding Maryland's laws restricting the carrying of firearms in: (1) locations selling alcohol for onsite-consumption, Md. Code Ann., (2023), Crim. Law § 4-111(a)(8)(i); (2) private buildings or property without the owner's consent, Crim. Law § 6-411(d); and (3) within 1,000 feet of a public demonstration, Md. Code Ann., (2016), Crim. Law § 4-208.

                              Respectfully submitted,

                              ANTHONY G. BROWN
                              Attorney General of Maryland


                              /s/ Ryan R. Dietrich
                              _____
                              ROBERT A. SCOTT
                              Federal Bar No. 24613
                              RYAN R. DIETRICH
                              Federal Bar No. 27945
                              Assistant Attorneys General
                              Office of the Attorney General
                              200 Saint Paul Place, 20th Floor
                              Baltimore, Maryland  21202
                              rdietrich@oag.state.md.us
                              (410) 576-7648
                              (410) 576-6955 (facsimile)

August 29, 2024                Attorneys for Defendants


## CERTIFICATE OF SERVICE

I certify that, on this 29th day of August, 2024 the foregoing was served by CM/ECF on all registered CM/ECF users.


                              /s/ Ryan R. Dietrich
                              _____
                              Ryan R. Dietrich